W/F; A; C/P COURTROOM MIN. SHEET          Date   11/7/2023

CR. CASE NO. CR-23-216-D  U.S.A. -vs- DEBORAH WILCZEK

COMMENCED  10:00 am     ENDED  10:30 am   TOTAL TIME  30 minutes

JUDGE TIMOTHY D. DeGIUSTI  C.R.D. JANE EAGLESTON  REPORTER CHRISTY CLARK

COUNSEL FOR PLF.  WILL FARRIOR, DANIELLE LONDON, AUSA

COUNSEL FOR DFT.  JP HILL, KYLE WACKENHIEM

PROCEEDINGS:     Waive/File & Plea        Arraignment        <u>Change of Plea</u>

MINUTE:     Enter as above.          Defendant's Age 45

Dft. appears in person with - ct. apptd. - counsel

Is fully apprised.       Waives Counsel.      <u>Waives Jury</u>.       Waives Indictment.

Consents to proceed under FJDA.

Consents that case be transferred to this District Under Rule 20.

Asks and granted leave to withdraw pleas of not guilty to COUNTS _____

ENTERS PLEA OF GUILTY to COUNTS 10 and 17 of Superseding Indictment filed on 10/17/2023

COUNTS 1-9 and 11-16 Superseding Indictment filed 10/17/2023 to be dismissed at time of sentencing.

<u>Plea(s) accepted and referred to Probation Officer</u>.

Dft. given ____ days to file motions; Plf to respond ____ days thereafter.

CASE TO BE ON _____ JURY DOCKET.          WAIVES JURY

STAND ON PRESENT BOND      Bond set at _____ (O.R. - cash or surety)

Remanded to U.S. Marshal      Remanded to U.S. Magistrate for processing bond.

MAXIMUM PENALTY NMT 10 Years Imprisonment and/or A Fine Of $250,000.00 Or Both

MINIMUM MANDATORY PENALTY _____

If sentenced - subject To SUPERVISED RELEASE, TERM OF  NMT 3YEARS  .

SUBJECT TO YCA _____                    GUIDELINES CASE

ENTER ORDER: _____