PS 8
(Rev. 8/13)

# UNITED STATES DISTRICT COURT

for

Western District of Oklahoma

U.S.A. vs. Deborah Wilczek                                  Docket No. 5:23CR00216

## Petition for Action on Conditions of Pretrial Release

COMES NOW Lori Olmstead, pretrial services/probation officer, presenting an official report upon the conduct of defendant Deborah Wilczek, who was placed under pretrial release supervision by the Honorable Amanda Maxfield Green, sitting in the court at Western District of Oklahoma on the 5th date of June, 2023 under the following conditions:

1. The defendant must not violate federal, state, or local law while on release.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short, insert here. If lengthy, write on separate sheet and attach.)

On September 3, 2024, Deborah Wilczek violated this condition of bond when she was arrested by the Garfield County Sheriff's Office for Assault – Simple (misdemeanor).

TELEPHONICALLY APPROVED BY AUSA DANIELLE LONDON

ASSISTANT UNITED STATES ATTORNEY

PRAYING THAT THE COURT WILL ISSUE A WARRANT FOR HER ARREST AND REVOKE THE DEFENDANT'S BOND.

ORDER OF COURT

Considered and ordered this 4th day of Sept, 2024 and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 4, 2024

Lori Olmstead
U.S. Pretrial Services/Probation Officer

Place  Oklahoma City, Oklahoma

Sean Bernhard
Chief U.S. Probation Officer

Jeff Yowell
Deputy Chief U.S. Probation Officer

# United States Probation Office
# Western District of Oklahoma

## MEMORANDUM



| | |
|---|---|
| **To:** | The Honorable Timothy D. DeGiusti<br>Chief United States District Judge |
| **From:** | Lori Olmstead<br>U.S. Probation Officer |
| **Subject:** | Deborah Wilczek<br>5:23CR00216-001 |
| **Date:** | September 5, 2024 |

### VIOLATION MEMORANDUM / ~~SUMMONS~~ *Warrant* REQUESTED

**RELEASE STATUS:** On June 5, 2023, the defendant was released by United States Magistrate Judge Amanda Maxfield Green on a $10,000 unsecured appearance bond with conditions of release to include no law violations. On November 7, 2023, the defendant entered a guilty plea to Counts 10 and 17 on the Superseding Indictment. The defendant is scheduled for sentencing before Your Honor on September 11, 2024.

**APPARENT VIOLATIONS:** On September 3, 2024, the defendant was arrested by the Garfield County Sheriff's Department for Assault – Simple (misdemeanor).

**SUMMARY OF DEFENDANT'S ADJUSTMENT TO SUPERVISION:** The defendant has been on pretrial supervision for over a year. She has maintained contact with the Probation Office and reported for supervision-related meetings as directed. On August 29, 2023, the defendant appeared before United States Magistrate Judge Amanda Maxfield Green for a bond revocation hearing due to the defendant not notifying her employer of her charged offense. The court found that the defendant did violate her conditions of bond and released her to continued bond supervision with an update to condition 7u concerning notification of employers in a fiduciary capacity.

**SUMMARY OF OFFICER INTERVENTION:** The U.S. Probation Office has not yet addressed the violation since defendant is in the custody of the Garfield County Sheriff's Office.

**RECOMMENDATION:** It is respectfully recommended that a warrant be issued for the defendant's arrest. Assistant U.S. Attorney Danielle London is in support of this recommendation.

Respectfully submitted by,

*Lori Olmstead*

_____
Lori Olmstead
U.S. Probation Officer

Reviewed by,

*[signature]*

_____
John Sheth
Supervisory U. S. Probation Officer

COURT ACTION DESIRED

[✓] Agree with Officer's recommendation.

[ ] Other

_____

_____

*[signature]*
_____
Signature of Judicial Officer