# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | No. CR-23-216-D |
| ) | |
| DEBORAH WILCZEK, ) | |
| ) | |
| Defendant. ) | |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The President of the United States to the United States Marshal for the Western District of Oklahoma or any other United States Marshal, or any other law enforcement officer, and the Warden or Superintendent of the Garfield County Jail, Enid, Oklahoma:

GREETINGS: You are hereby commanded to proceed to the Garfield County Jail, Enid, Oklahoma, and there take and receive Deborah Wilczek, Inmate Number 24-001311, and keep the defendant in your custody and bring the defendant before the United States District Court for the Western District of Oklahoma, forthwith for Sentencing on September 11, 2024, at 2:00 p.m., and as necessary in the above-entitled case, and following the conclusion of the proceedings and final disposition of charges in the above-entitled case, then return the defendant to the custody of the Garfield County Jail, Enid, Oklahoma.

DATED this 4th day of September, 2024.

JOAN KANE  
Clerk of the United States District Court for the Western District of Oklahoma

By   s/ *Carrie James*  
           Deputy