SENTENCING COURTROOM MINUTE SHEET                         DATE  September 11, 2024

CRIMINAL CASE NO. CR- 23-216-D- U.S.A. -vs-  DEBORAH WILCZEK

COMMENCED 2:00 PM  Time ENDED 3:15 PM TOTAL TIME  75 minutes

JUDGE TIMOTHY D. DEGIUSTI COURTROOM DEPUTY JANE EAGLESTON COURT REPORTER CHRISTY CLARK

COUNSEL FOR PLAINTIFF DANIELLE LONDON, AUSA

COUNSEL FOR DEFENDANT J P HILL, KYLE WACKENHEIM

SENTENCING MINUTE:

Dft. appears in person ☒ with ☐ without ☐ Court-Appointed ☐ Private - Counsel ☒ Public Defender

☒Probation Report reviewed by counsel and defendant.

      WITNESS FOR GOVERNMENT
1. Courtney Dennis-YWCA
2. Tara Ramos-CMS
3. Tina Gilliland -CMS

DEFENDANT IS SENTENCED TO CUSTODY OF BUREAU OF PRISONS   30 months as to Counts 10 and 17 to run concurrently on the Superseding Indictment filed on October 17, 2023.

Defendant placed on probation for a period of _____
with condition that defendant:
☒ comply with the conditions set forth in the judgment and commitment order
☒ special condition(s):  as listed in Part D of the PSR.

Upon expiration of sentence imposed herein, defendant shall serve a term of supervised release of  3 years as to Count 10 and 1 year as to count 17, to run concurrently  .  Within 72 hours of release from the custody of the Bureau of Prisons, the defendant shall report in person to the probation office in the district to which the defendant is released.

☒SPECIAL ASSESSMENT FEE OF $200. due immediately.

Defendant ordered to pay a fine in amount of $  waived     to _____
Defendant ordered to make restitution in the amount of $139,308.35 to YWCA- Attn: Courtney Strzinek 525 S. Quincy Street Enid, Oklahoma 73701
Defendant ordered to make restitution in the amount of $221,622.45  to Cimarron Montessori School 201 North Grand, Suite 100 Enid, OK 73071
Defendant ordered to make restitution in the amount of $78,819  to IRS-RACS Mail Stop 6261 Restitution 333 W. Pershing Ave. Kansas City, MO 64108

☒Defendant advised of right to appeal & to appeal in forma pauperis. ☐ Defendant gives oral notice of appeal and Clerk directed to spread of record said notice of appeal.

Counts  1-9 and 11-16 of the Superseding Indictment dismissed as per order filed.

      ☒DEF. REMANDED  TO U.S.M.    ☐BOND EXONERATED.

The Court orders commitment to the custody of the Bureau of Prisons & recommends closest facility to Oklahoma, if eligible as place of confinement.