# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>-vs- )<br>)<br>DEBORAH WILCZEK, )<br>)<br>Defendant. ) | No. CR-23-216-D |

## ORDER OF DISMISSAL

NOW on this 11th day of September, 2024, on Motion of the plaintiff, United States of America, to dismiss the Indictment as well as Counts 1 through 9 and Counts 11 through 16 of the Superseding Indictment herein as to the defendant, Deborah Wilczek, for the reason that such action would best serve the ends of justice in view of the defendant, Deborah Wilczek, having been convicted of Counts 10 and 17 of the Superseding Indictment at the Change of Plea.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT the Indictment, as well as Counts 1 through 9 and Counts 11 through 16 of the Superseding Indictment returned herein on May 16, 2023, and October 17, 2023, respectively, as to Deborah Wilczek, be and the same is hereby dismissed.

_____
TIMOTHY D. DeGIUSTI
United States District Judge